■ STEPHEN JACQUES et al., Respondents, v COUNTY OF FULTON, Appellant.—Appeal from a judgment of the Supreme Court at Special Term (Shea, J.), entered July 1, 1985 in Fulton County, which, *inter alia,* granted plaintiffs' motion for summary judgment.

Judgment affirmed, with costs *(see, Casaburi v Dow,* 100 AD2d 693). Mahoney, P. J., Kane, Casey, Mikoll and Levine, JJ., concur.